*The Law Offices of*
# Christopher J. Cassar, P.C.

*13 East Carver Street*
*Huntington Village, New York 11743*
*Telephone (631) 271-6596*
*Facsimile (631) 351-0196*

| | |
|---|---|
| *Christopher J. Cassar, Esq.†* | *Nassau County Office:* |
| *Pierre Bazile, Esq.^* | *626 RXR Plaza* |
| *Joseph J. Karlya III, Esq.^* | *West Tower, Sixth Floor* |
| | *Uniondale, New York 11556* |

† ALSO ADMITTED IN US COURT OF APPEALS FOR THE SECOND CIRCUIT
   AND IN THE NORTHERN, SOUTHERN & EASTERN DISTRICTS OF NEW YORK
^ ALSO ADMITTED IN THE US SOUTHERN & EASTERN DISTRICTS OF NEW YORK

July 13, 2018

**Sent Via ECF Only**
Magistrate Judge A. Kathleen Tomlinson
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza, P.O. Box 9014
Central Islip, New York 11722

      Re:     CARTELLI v. COUNTY OF SUFFOLK, et al
                Civil Case No.: CV-15-6890 (ADS)(AKT)

Dear Judge Tomlinson:

     As you are aware this office represents the Plaintiff, Michael Cartelli, in the above-referenced federal lawsuit.

     Pursuant to and in furtherance of the rulings made at the June 18, 2018 Discovery Conference, please be advised that to date this office has not yet received the IAU Report from Arlene S. Zwilling, ACA as So Ordered. As a result, I was not able to review the IAU Report. Since the deposition procedure is contingent upon review of the IAU Report, I am not able to determine whether or not the depositions are required. Upon receipt of the IAU Report I will notify the Court of the determination to undertake the depositions of the Defendants.

     Thank you for your time and consideration in this matter.

                                      Very truly yours,
                                             /s/
                                     Christopher J. Cassar, Esq.

CJC/ab

    cc:     ***Sent Via ECF***
            Arlene S. Zwilling, ACA