
**DENNIS M. BROWN**  **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

July 13, 2018

Hon. A. Kathleen Tomlinson, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:  Cartelli v. County of Suffolk, et al.
     15-CV-6890(ADS)(AKT)

Dear Judge Tomlinson:

The Suffolk County Attorney's Office represents defendants in this civil rights action pursuant to 42 U.S.C. 1983. Defendants submit this letter in connection with the Court's Order of July 5, 2018, and the letter to the Court of plaintiff's counsel, Christopher J. Cassar, Esq., dated July 13, 2018.

Defendants have now filed with the Court the proposed executed Stipulation of Confidentiality with Agreement to Be Bound. I apologize to the Court and opposing counsel for not sooner filing said document. I was unable to do so because I have been and remain engaged on trial before Judge Hurley in Nelson v. County of Suffolk, et al., CV12-5678.

Respectfully submitted,

Dennis M. Brown
County Attorney

By: Arlene S. Zwilling
Assistant County Attorney

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY   ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099   ♦

(631) 853-4049
TELECOPIER (631) 853-5169