*The Law Offices of*

# *Christopher J. Cassar, P.C.*

**13 East Carver Street**
**Huntington Village, New York 11743**
*Telephone (631) 271-6596*
*Facsimile (631) 351-0196*

*Christopher J. Cassar, Esq.†*                                    ***Nassau County Office:***
*Pierre Bazile, Esq.^*                                           *626 RXR Plaza*
*Joseph J. Karlya III, Esq.^*                                    *West Tower, Sixth Floor*
                                                                 *Uniondale, New York 11556*
_____

† ALSO ADMITTED IN US COURT OF APPEALS FOR THE SECOND CIRCUIT
  AND IN THE NORTHERN, SOUTHERN & EASTERN DISTRICTS OF NEW YORK
^ ALSO ADMITTED IN THE US SOUTHERN & EASTERN DISTRICTS OF NEW YORK

August 20, 2018

***Sent Via ECF Only***
Magistrate Judge A. Kathleen Tomlinson
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza, P.O. Box 9014
Central Islip, New York 11722

**Re:**     **CARTELLI v. COUNTY OF SUFFOLK, et al**
            **Civil Case No.: CV-15-6890 (ADS)(AKT)**

Dear Judge Tomlinson:

As you are aware this office represents the Plaintiff, Michael Cartelli, in the above-referenced federal lawsuit.

Upon review of the IAU Report, please be advise that this office has identified witnesses to be deposed. Please be further advised that on August 15, 2018, this office emailed Arlene S. Zwilling, ACA and her secretary Ms. Cheryl D'Arcangelo requesting dates of availability to conduct the depositions of Detective Christopher J. Rizzi, Detective John Gang, and Lawrence Shewark. To date, this office has not received a response.

Thank you for your time and consideration in this matter.

Very truly yours,
/s/
Christopher J. Cassar, Esq.

CJC/ab

cc:     ***Sent Via ECF***
        Arlene S. Zwilling, ACA